785 A.2d 423

IN THE MATTER OF ROBERT D. ARENSTEIN,
AN ATTORNEY AT LAW.

December 5, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–364, concluding that **ROBERT D. ARENSTEIN** of **TEANECK,** who was admitted to the bar of this State in 1979, should be reprimanded for violating *RPC* 3.2 (failure to treat with courtesy and consideration all persons involved in the

legal process) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **ROBERT D. ARENSTEIN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.